UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MATTHEW FLAGGERT, Individually and as Next Friend of DANIEL FLAGGERT, a Minor, and LISA FLAGGERT<br><br>Plaintiffs,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, LLC,<br><br>Defendant. | C.A. No. 3:14-CV-4554-M |

## JUDGMENT

Before the Court is Defendant's Motion for Summary Judgment [Docket Entry #10] and Plaintiffs' Motion to Apply New York Law [Docket Entry #15]. For the reasons stated on the record at the Court's May 11, 2015 hearing, Plaintiff's Motion to Apply New York Law is **DENIED** and Defendant's Motion for Summary Judgment is **GRANTED**.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Plaintiffs shall take nothing on their claims against Defendant. Costs of court are taxed against Plaintiffs.

**SO ORDERED**.

May 11, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS